United States District Court
Southern District of Texas
**ENTERED**
October 30, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA *ex rel.* VERITY INVESTIGATIONS, LLC,** | § | |
| | § | |
| ***Plaintiff/Relator*,** | § | |
| | § | |
| **V.** | § | **CIVIL ACTION NO. 4:26-cv-07642** |
| | § | |
| **NORTH AMERICAN INTERPIPE, INC.,** | § | |
| ***Defendant*.** | § | |

**ORDER**

After full consideration of this Court of the Parties' Joint Stipulation to Extend the Time for Defendant to Respond to Plaintiff's Complaint (ECF No. 11), it is hereby **ORDERED** that Defendant's response deadline is extended to and including December 9, 2026.

**IT IS SO ORDERED**.

**SIGNED** at Houston, Texas, on this the 30th day of October, 2026.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE